167 P.3d 355

# SUPREME COURT OF HAWAI'I

Jou v. National Interstate Ins. Co.
of Hawaii...................... 26204     09/20/2007  Denied         114 Hawai'i 122,
157 P.3d 561